ORIGINAL

1  ALAN J. LAZARUS (State Bar No. 129767)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510          E-filing
   Alan.Lazarus@dbr.com
5  Krista.Cosner@dbr.com



6  Attorneys for Defendant
   SMITHKLINE BEECHAM CORPORATION d/b/a
7  GLAXOSMITHKLINE

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 HAROLD DOUGLAS EDWARDS, JUDY     CV  08    2659
   C. EDWARDS, LETHA D. ELAM,       Case No.
12 LEONARD EVANS, GINGER FIELDS,
   BILLY FIELDS, WILLIAM FULTON,    DEMAND FOR JURY TRIAL    BZ
13 LARRY GENTRY, JOHNNY GRIGSBY,
   VIRGINIA GUNTER, DONALD L.
14 HAMLET, ELIZABETH HANNAH,
   WANDA HARVEY, PHYLLIS
15 HEASLEY, LUCERY HENRY, JIMMY
   HENSON, BRENETTA HILL, CHARLES
16 NOLAN HILL, GRANVILLE HOLLON,
   LORAINE JACKSON, KAREN
17 KETCHEY,

18                          Plaintiffs,

19       v.

20 SMITHKLINE BEECHAM
   CORPORATION d/b/a
21 GLAXOSMITHKLINE and McKESSON
   CORPORATION,
22
                            Defendants.
23

24

25     Defendant SMITHKLINE BEECHAM CORPORATION d/b/a

26 GLAXOSMITHKLINE hereby demands trial by jury in this action.

27 ///

28 ///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400697\1    DEMAND FOR JURY TRIAL                        CASE NO.

1

Dated: May 27, 2008

2

DRINKER BIDDLE & REATH LLP

3

4

KRISTA L. COSNER

5

Attorneys for Defendant
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

SF1\400697\1

DEMAND FOR JURY TRIAL

CASE NO.