ORIGINAL

ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Alan.Lazarus@dbr.com
Krista.Cosner@dbr.com

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE

E-filing

FILED
MAY 2 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HAROLD DOUGLAS EDWARDS, JUDY C. EDWARDS, LETHA D. ELAM, LEONARD EVANS, GINGER FIELDS, BILLY FIELDS, WILLIAM FULTON, LARRY GENTRY, JOHNNY GRIGSBY, VIRGINIA GUNTER, DONALD L. HAMLET, ELIZABETH HANNAH, WANDA HARVEY, PHYLLIS HEASLEY, LUCERY HENRY, JIMMY HENSON, BRENETTA HILL, CHARLES NOLAN HILL, GRANVILLE HOLLON, LORAINE JACKSON, KAREN KETCHEY

    Plaintiffs,

v.

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,

    Defendants.

Case No. CV 08 2659

**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
[CIV. L.R. 3-16]

    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400696\1    DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS    CASE NO.

1  subject matter or in a party that could be substantially affected by the outcome of this
2  proceeding:
3      Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a
4  GLAXOSMITHKLINE is a wholly owned subsidiary of GlaxoSmithKline plc, the
5  ultimate parent corporation.

Dated: May 27, 2008

DRINKER BIDDLE & REATH LLP

_____
KRISTA L. COSNER

Attorneys for Defendant
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400696\1

2

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS      CASE NO.