ORIGINAL

ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Alan.Lazarus@dbr.com
Krista.Cosner@dbr.com

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE

FILED
MAY 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| HAROLD DOUGLAS EDWARDS, JUDY C. EDWARDS, LETHA D. ELAM, LEONARD EVANS, GINGER FIELDS, BILLY FIELDS, WILLIAM FULTON, LARRY GENTRY, JOHNNY GRIGSBY, VIRGINIA GUNTER, DONALD L. HAMLET, ELIZABETH HANNAH, WANDA HARVEY, PHYLLIS HEASLEY, LUCERY HENRY, JIMMY HENSON, BRENETTA HILL, CHARLES NOLAN HILL, GRANVILLE HOLLON, LORAINE JACKSON, KAREN KETCHEY, | Case No. CV 08 2659 |
|---|---|
| Plaintiffs, | **DISCLOSURE STATEMENT OF GLAXOSMITHKLINE** [F.R.C.P. 7.1] |
| v. | |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION, | |
| Defendants. | |

The undersigned, counsel of record for Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent

1 | corporation, through several levels of wholly owned subsidiaries, of defendant,
2 | SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE. No
3 | publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

Dated: May 27, 2008

DRINKER BIDDLE & REATH LLP

KRISTA L. COSNER

Attorneys for Defendant
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400698\1

DISCLOSURE STATEMENT OF GLAXOSMITHKLINE                                CASE NO.