ORIGINAL

ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Alan.Lazarus@dbr.com
Krista.Cosner@dbr.com

E-filing

FILED
MAY 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV 08 2659 BZ

HAROLD DOUGLAS EDWARDS, JUDY C. EDWARDS, LETHA D. ELAM, LEONARD EVANS, GINGER FIELDS, BILLY FIELDS, WILLIAM FULTON, LARRY GENTRY, JOHNNY GRIGSBY, VIRGINIA GUNTER, DONALD L. HAMLET, ELIZABETH HANNAH, WANDA HARVEY, PHYLLIS HEASLEY, LUCERY HENRY, JIMMY HENSON, BRENETTA HILL, CHARLES NOLAN HILL, GRANVILLE HOLLON, LORAINE JACKSON, KAREN KETCHEY,

,

Plaintiffs,

v.

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,

Defendants.

Case No.

**CERTIFICATE OF SERVICE**

I, LEE ANN L. ALLDRIDGE, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On May 27, 2008, I caused to be served the following document(s):

1. **CIVIL CASE COVER SHEET;**

2. **NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. §1441(B) (DIVERSITY) and 28 U.S.C. § 1441(C) (FEDERAL QUESTION) OF DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE;**

3. **DECLARATION OF KRISTA L. COSNER IN SUPPORT OF NOTICE OF REMOVAL AND REMOVAL, UNDER 28 U.S.C. § 1441(B) (DIVERSITY) and 28 U.S.C. § 1441(C) (FEDERAL QUESTION) OF DEFENDANT SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE**

4. **NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS; [CIV. L.R. 83-1.4];**

5. **DISCLOSURE STATEMENT OF SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE [F.R.C.P. 7.1];**

6. **DEMAND FOR JURY TRIAL; and**

7. **DEFENDANTS' CERTIFICATION AS TO INTERESTED PARTIES[CIV. L.R. 7.1-1].**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☑ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☐ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

David C. Andersen
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States of America |
| 2 | that the above is true and correct. Executed on May 27, 2008 at San Francisco, |
| 3 | California. |
| 4 | LEE ANN L. ALLDRIDGE |

CERTIFICATE OF SERVICE                         CASE NO. CV08-2574 WDB

3