| | |
|---|---|
| 1 | ALAN J. LAZARUS (State Bar No. 129767) |
| 2 | KRISTA L. COSNER (State Bar No. 213338) |
|   | DRINKER BIDDLE & REATH LLP |
| 3 | 50 Fremont Street, 20th Floor |
|   | San Francisco, California 94105 |
| 4 | Telephone: (415) 591-7500 |
|   | Facsimile: (415) 591-7510 |
| 5 | Alan.Lazarus@dbr.com |
|   | Krista.Cosner@dbr.com |

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HAROLD DOUGLAS EDWARDS, JUDY C. EDWARDS, LETHA D. ELAM, LEONARD EVANS, GINGER FIELDS, BILLY FIELDS, WILLIAM FULTON, LARRY GENTRY, JOHNNY GRIGSBY, VIRGINIA GUNTER, DONALD L. HAMLET, ELIZABETH HANNAH, WANDA HARVEY, PHYLLIS HEASLEY, LUCERY HENRY, JIMMY HENSON, BRENETTA HILL, CHARLES NOLAN HILL, GRANVILLE HOLLON, LORAINE JACKSON, KAREN KETCHEY,

Plaintiffs,

v.

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,

Defendants.

Case No. C-08-02659 BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

2      The undersigned parties hereby decline to consent to the assignment of this case to
3  a United States Magistrate Judge for trial and disposition and hereby request the
4  reassignment of this case to a United States District Judge.

6  Dated: June 6, 2008                                                  DRINKER BIDDLE & REATH LLP

/S/ Krista L. Cosner
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION