DONALD F. ZIMMER, JR. (State Bar No. 112279)
BRENDA N. BUONAIUTO (State Bar No. 173919)
KING & SPALDING LLP
Four Embarcadero Center
Suite 3500
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: fzimmer@kslaw.com
bbuonaiuto@kslaw.com

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION, d/b/a
GLAXOSMITHKLINE and McKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD DOUGLAS EDWARDS, JUDY C. EDWARDS, LETHA D. ELAM, LEAONARD EVANS, GINGER FIELDS, BILLY FIELDS, WILLIAM FULTON, LARRY GENTRY, JOHNNY GRIGSBY, VIRGINIA GUNTER, DONALD L. HAMLET, ELIZABETH HANNAH, WANDA WARVEY, PHYLLIS HEASLEY, LUCERY HENRY, JIMMY HENSON, BRENETTA HILL, CHARLES NOLA HILL, GRANVILLE HOLLON, LORAINE JACKSON, KAREN KETCHY,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and MCKESSON CORPORATION,<br><br>Defendants. | Case No. CV-08-02659-SI<br><br>NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER APPROVING SUBSTITUTION |

NOTICE OF SUBSTITUTION OF COUNSEL AND
[PROPOSED] ORDER APPROVING SUBSTITUTION

Case No. CV-08-02659-SI

1  TO THE COURT AND PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:
2       Please take notice that defendants SMITHKLINE BEECHAM CORPORATION,
3  dba GLAXOSMITHKLINE and McKESSON CORPORATION (collectively
4  "Defendants") hereby substitute Donald F. Zimmer, Jr. and Brenda N. Buonaiuto of the
5  law firm of King & Spalding LLP as attorney of record in the place and stead of Alan J.
6  Lazarus and Krista L. Cosner of the law firm of Drinker Biddle & Reath LLP, 50
7  Fremont Street, 20th Floor, San Francisco, California, 94105.
8       Copies of all further notices, papers, pleadings, and orders filed or served upon
9  Defendants should be sent to the undersigned at:

     Donald F. Zimmer, Jr.
     Brenda N. Buonaiuto
     KING & SPALDING LLP
     Four Embarcadero Center
     Suite 3500
     San Francisco, CA 94111
     Telephone: (415) 318-1200
     Facsimile: (415) 318-1300
     dzimmer@kslaw.com
     bbuonaiuto@kslaw.com

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

2

NOTICE OF SUBSTITUTION OF COUNSEL AND      Case No. CV-08-02659-SI
[PROPOSED] ORDER APPROVING SUBSTITUTION

Defendants have been given proper notice pursuant to Civil Local rule 11-5 and further consent to the above substitution.

DATED: February 27, 2009          SMITHKLINE BEECHAM CORPORATION, DBA GLAXOSMITHKLINE AND MCKESSON CORPORATION

By: ___/s/ Beth Spanninger_____
    Beth Spanninger
    Senior Counsel

I have given proper notice pursuant to Civil Local rule 11-5 and further consent to the above substitution.

DATED: February 27, 2009          DRINKER BIDDLE & REATH LLP

By: ___/s/ Alan J. Lazarus _____
    Alan J. Lazarus
    Krista L. Cosner

The undersigned hereby consent to this substitution and represent that they have been duly admitted to practice in this District.

DATED: February 27, 2009          KING & SPALDING LLP

By: ___/s/ Donald F. Zimmer, Jr. _____
    Donald F. Zimmer, Jr.

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION, dba GLAXOSMITHKLINE and McKESSON CORPORATION

ATL_IMANAGE-5587019 v1

I hereby certify that Beth Spanninger and Alan Lazarus concur in the e-filing of this document.

Dated: February 27, 2009

              /s/ Donald F. Zimmer, Jr.
              Donald F. Zimmer, Jr.

      The Court hereby approves the substitution of Donald F. Zimmer, Jr., and Brenda N. Buonaiuto of the law firm of King & Spalding LLP as counsel for Defendants in the place and stead of Alan J. Lazarus and Krista L. Cosner of the law firm of Drinker Biddle & Reath LLP, 50 Fremont Street, 20th Floor, San Francisco, California, 94105.

      Copies of all further notices, papers, pleadings, and orders filed or served upon Defendants, should be sent to:

> Donald F. Zimmer, Jr.
> Brenda N. Buonaiuto
> KING & SPALDING LLP
> Four Embarcadero Center
> Suite 3500
> San Francisco, CA 94111
> Telephone: (415) 318-1200
> Facsimile: (415) 318-1300
> dzimmer@kslaw.com
> bbuonaiuto@kslaw.com

Dated: _____, 2009

_____
Judge of the District Court

---
5
NOTICE OF SUBSTITUTION OF COUNSEL AND                       Case No. CV-08-02659-SI
[PROPOSED] ORDER APPROVING SUBSTITUTION